IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM FAULKNER                                                           PLAINTIFF

V.                                              3:12CV00096 JMM

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                        DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 11th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE